# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONALD ADAMS**                                              **PLAINTIFF**

v.                          No. 4:17-cv-694-DPM

**DOC HOLLADAY***                                             **DEFENDANT**

## ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Adams hasn't objected to the recommendation; his mail is being returned undelivered. № 8. Adams's complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2018

---

* The Court directs the Clerk to further correct the style. Holladay is the Pulaski County Sheriff. He's responsible for the Pulaski County Regional Detention Facility, but there's no need for that information to be in the style of the case.