# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DONALD ADAMS                                                          PLAINTIFF

v.                              No. 4:17-cv-694-DPM

DOC HOLLADAY                                                          DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2018